# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEX CHRISTOPHER EWING,
Petitioner,

vs.

THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING,
Respondent.

No. 71599

**FILED**

DEC 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus seeking an order directing the district court to resolve a postconviction petition for a writ of habeas corpus. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction because petitioner failed to submit an adequate appendix for our review. *See* NRS 34.160; NRAP 21(a)(4). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:    Hon. Jim C. Shirley, District Judge
       Alex Christopher Ewing
       Attorney General/Carson City
       Pershing County Clerk

----

[1]We deny the motion to waive filing fees as moot.

 
16-39120